**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tyler 2 Construction, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **56-1511852** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**5400 Old Pineville Road**
**Charlotte, NC 28217**
Number, Street, City, State & ZIP Code

**Mecklenburg**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Tyler 2 Construction, Inc.**    Case number (if known) _____
      Name

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    1542

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. Check all that apply:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

| Debtor | **Tyler 2 Construction, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1,
attach a separate list

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Tyler 2 Construction, Inc.**                                    Case number (*if known*) _____
      Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  9, 2025**
           MM / DD / YYYY

**X** **/s/ Dale Fite** _____          **Dale Fite** _____
Signature of authorized representative of debtor          Printed name

Title    **President** _____

**18. Signature of attorney**

**X** **/s/ Richard S. Wright** _____          Date    **July  9, 2025** _____
Signature of attorney for debtor                              MM / DD / YYYY

**Richard S. Wright 24622** _____
Printed name

**Moon Wright & Houston, PLLC** _____
Firm name

**212 N. McDowell Street**
**Suite 200**
**Charlotte, NC 28204** _____
Number, Street, City, State & ZIP Code

Contact phone    **704-944-6560** _____    Email address    **rwright@mwhattorneys.com** _____

**24622 NC** _____
Bar number and State

## CORPORATE RESOLUTION(S) OF TYLER 2 CONSTRUCTION, INC.

The undersigned, being the sole director of Tyler 2 Construction, Inc., a North Carolina corporation with a principal place of business at 5400 Old Pineville Road, Charlotte, North Carolina (the "Company"), does hereby adopt the following resolution(s) by signing below to consent to action without a formal meeting of the Company's directors on the date set forth below:

IT IS RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

FURTHER RESOLVED, that the president of the Company is authorized, empowered, and directed to execute on behalf of the Company a petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, declarations, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate in connection therewith; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of Moon Wright & Houston, PLLC, upon such terms and conditions as the president of the Company shall approve, to render legal services to, and to represent the Company in connection with such Chapter 11 proceeding and other related matters in connection therewith, is authorized and approved; and it is

FURTHER RESOLVED, that the president of the Company is authorized to retain on behalf of the Company such other professionals as he or she deems necessary or appropriate, and upon such terms and conditions as the president of the Company shall approve, to render services to the Company in connection with such Chapter 11 proceeding and with respect to other related matters in connection therewith; and it is

FURTHER RESOLVED, that the president of the Company is authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject, when applicable, to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and to accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the officers of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

Dated: Charlotte, North Carolina
July 7, 2025

TYLER 2 CONSTRUCTION, INC.

By: _____
Dale A. Fite
Sole Director and Shareholder

MWH: 10863.001; 00031461.1

**Fill in this information to identify the case:**

Debtor name   **Tyler 2 Construction, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  9, 2025**           X */s/ Dale Fite*
                                          Signature of individual signing on behalf of debtor

                                          **Dale Fite**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Tyler 2 Construction, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Binswanger Glass PO Box 679331 Dallas, Texas 75267-9331 | | | | | | $141,956.03 |
| CE Holt Refrigeration Inc 3316 Gibbons Road Charlotte, North Carolina 28269-0000 | | | | | | $155,250.06 |
| Christopher Bryan Co Inc 12030 Westhall Dr Charlotte, NC 28278 | | | | | | $111,513.30 |
| Coverings Group LLC 8004 Winchester Drive Raleigh, NC 27612 | | | | | | $239,095.08 |
| Environamics Inc P.O. Box 38130 Charlotte, NC 28278-8932 | | | | | | $91,069.30 |
| Excel Electrical Solutions Inc 7120 Weddington Road, Suite 108 Concord, NC 28027 | | | | | | $332,581.60 |
| Gaddy Industries, LLC dba Metrolina Woodworks 3475 Gribble Road Matthews, NC 28104 | | | | | | $116,621.55 |
| Gerbacia Industries LLC dba 3122 Fincher Farm Road Suite 100-570 Matthews, NC 28105 | | | | | | $96,667.58 |

Debtor   **Tyler 2 Construction, Inc.**
　　　　Name
Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hardy Contracting, LLC 2228 Shenandoah Ave. Charlotte, NC 28205 | | | | | | $92,750.00 |
| Instyle Charlotte, Inc. 801 Pressley Road Suite 107 Charlotte, NC 28217 | | | Disputed | | | $79,023.69 |
| IronHead Construction Company 1400 Amble Drive Charlotte, NC 28206 | | | | | | $215,475.19 |
| LKN Mechanical, Inc. 14311 Hunters Road Huntersville, NC 28078 | | | | | | $79,740.56 |
| McKenneys Inc P. O. Box 406340 Atlanta, GA 30384 | | | | | | $90,074.31 |
| Mechanical Contractors Inc P. O. Box 562357 Charlotte, NC 28256 | | | | | | $159,026.35 |
| Metro Woodcrafter of NC, Inc. P. O. Box 669488 Charlotte, NC 28266 | | | | | | $81,059.16 |
| NC Interiors Contracting, LLC P.O. Box 19947 Charlotte, NC 28219 | | | | | | $422,455.30 |
| NJR Construction, LLC 2749 Court Drive Gastonia, NC 28054 | | | | | | $366,903.02 |
| PlatinumProtective Coating LLC 4816 Sirus Lane Charlotte, NC 28208 | | | | | | $108,641.70 |
| Precision Plumbing P. O. Box 2230 Matthews, NC 28106 | | | | | | $128,523.96 |
| WB Moore Co of Charlotte 916 North Poplar Street Charlotte, NC 28206 | | | | | | $156,053.41 |

**Fill in this information to identify the case:**

Debtor name        **Tyler 2 Construction, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
       Copy line 88 from *Schedule A/B*.................................................................   $         **43,229.88**

     **1b. Total personal property:**
       Copy line 91A from *Schedule A/B*.............................................................   $       **9,776,536.25**

     **1c. Total of all property:**
       Copy line 92 from *Schedule A/B*...............................................................   $       **9,819,766.13**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $       **1,400,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................   $           **0.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..........................   +$       **4,362,398.01**

4.   Total liabilities .............................................................................................
     Lines 2 + 3a + 3b                    $       **5,762,398.01**

**Fill in this information to identify the case:**

Debtor name        **Tyler 2 Construction, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.        **Cash on hand** | $573.69 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Townebank Operating Account** | **Checking** | **7269** | $199,330.76 |
| 3.2.  **Townebank Money Market** | **Savings** | **0604** | $280,931.80 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $480,836.25 |

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1.  **Prepaid insurance** | $20,465.86 |
|---|---|

| Debtor | **Tyler 2 Construction, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 7.2. | **Key Man insurance** | $17,857.29 |
|---|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$38,323.15

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less:

| **2,719,729.63** | - | **0.00** | = .... | **$2,719,729.63** |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

11b. Over 90 days old:

| **585,204.00** | - | **0.00** | =.... | **$585,204.00** |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$3,304,933.63

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Debtor    **Tyler 2 Construction, Inc.**                                    Case number *(If known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office Furniture & Equipment** **See Attached Asset List** | $0.00 | Recent cost | $240,313.68 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Computers & Software** **See Attached Asset List** | $0.00 | Recent cost | $100,542.36 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**                                                              | $340,856.04 |
Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2014 Ford Truck** **VIN 4750** | $0.00 | Replacement | $18,500.00 |
| 47.2. **2016 Chevrolet Truck** **VIN 8375** | $0.00 | Replacement | $31,300.00 |
| 47.3. **2019 Chevrolet Truck** **VIN 9642** | $0.00 | Replacement | $33,016.79 |
| 47.4. **2016 Ford Truck** **VIN 7999** | $0.00 | Replacement | $35,313.45 |

Debtor   **Tyler 2 Construction, Inc.**                                     Case number *(If known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 47.5. | **2018 Ford Truck**<br>**VIN 8301** | $0.00 | **Replacement** | $34,914.46 |

| | | | | |
|---|---|---|---|---|
| 47.6. | **2021 Ford Truck**<br>**VIN 9689** | $0.00 | **Replacement** | $75,338.22 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    **Construction Equipment**
    **See Attached Asset List**                    $0.00      **Recent cost**           $20,297.82

51. **Total of Part 8.**                                                  | $248,680.74 |

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Lease and Leasehold improvements**<br>**5400 Old Pineville Road**<br>**Charlotte, NC  28217** | | $43,229.88 | **Depreciated** | $43,229.88 |

56. **Total of Part 9.**                                                  | $43,229.88 |

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

| Debtor | **Tyler 2 Construction, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** <br> tyler2construction.com | **$0.00** | | **$0.00** |
| 62.  **Licenses, franchises, and royalties** <br> Licensed in NC and SC | **$0.00** | | **$0.00** |
| 63.  **Customer lists, mailing lists, or other compilations** <br> Customer Lists | **$0.00** | | **$0.00** |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| Current value of debtor's interest |
|---|

Debtor      **Tyler 2 Construction, Inc.**                                    Case number *(If known)* _____
_____
              Name

71.   **Notes receivable**
      Description (include name of obligor)

      **Tobin Trautz** _____    **4,027.78** -   _____ **0.00** =   **$4,027.78**
                                          Total face amount    doubtful or uncollectible amount

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

      **NOL from prior years and current** _____    Tax year _____    **$3,458,878.66**

73.   **Interests in insurance policies or annuities**

      **See Schedule G** _____                                    **$0.00**

74.   **Causes of action against third parties (whether or not a lawsuit
      has been filed)**
      **Breach of contract for non-payment**
      **DJBCIII LLC (The Nolen)**                                                          **$1,900,000.00**
      Nature of claim        **Breach of Contract** _____
      Amount requested                **$0.00**

75.   **Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to
      set off claims**
      **Insurance claim - water damage**
      **Not carried on balance sheet**                                                     **$0.00**
      Nature of claim        _____
      Amount requested            **$210,000.00**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

78.   **Total of Part 11.**                                                          | **$5,362,906.44** |
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Debtor | **Tyler 2 Construction, Inc.** | Case number *(If known)* | |
|--------|-------------------------------|---------------------------|--|
| | Name | | |

**Part 12:**     **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------:|-------------------------------:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $480,836.25 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $38,323.15 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,304,933.63 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $340,856.04 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $248,680.74 | |
| 88. **Real property.** *Copy line 56, Part 9.* .........................................................................> | | $43,229.88 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,362,906.44 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,776,536.25 | + 91b.  $43,229.88 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $9,819,766.13 |

TYLER 2 CONSTRUCTION
FIXED ASSET DETAIL

| DATE | DESCRIPTION | METHOD | BOOK BASIS |
|---|---|---|---|
| **OFFICE FURNITURE/EQUIPMENT (1-0-1600.00)** | | | |
| 4/12/2004 | Chair (Donna) | SL 5 | 751.43 |
| 4/2/2007 | Chair | SL 5 | 370.60 |
| 12/29/2007 | Life Chair Hope | SL 5 | 985.35 |
| 8/12/2008 | Life Chair Tricia | SL 5 | 1,000.65 |
| 6/16/2005 | 3Com Phone System | SL 5 | 11,465.72 |
| 8/8/2005 | Chair (Reception Area) | SL 7 | 778.44 |
| 8/8/2005 | Conference Room Table (Small Conference Room) | SL 7 | 1,025.41 |
| 8/8/2005 | Plexus Data Box in Table (Small Conference Room) | SL 7 | 712.34 |
| 8/8/2005 | Conference Room Table (Large Conference Room) | SL 7 | 4,666.58 |
| 8/8/2005 | Credenza (Large Conference Room) | SL 7 | 2,854.30 |
| 8/8/2005 | Chairs (Large Conference Room) | SL 7 | 9,146.81 |
| 8/8/2005 | Semi-Circular Tables (Meeting Areas) | SL 7 | 2,328.41 |
| 8/8/2005 | Calibre Cabinets (30W x 39H) (Work Area) | SL 7 | 865.08 |
| 8/8/2005 | Calibre Cabinets (35W x 39H) (Work Area) | SL 7 | 1,778.58 |
| 8/8/2005 | Calibre Lateral File (36W x 39H) (Work Area) | SL 7 | 2,979.90 |
| 8/8/2005 | Calibre Hybrid Storage (36W x 63H) (Work Area) | SL 7 | 1,653.13 |
| 8/8/2005 | Worksurface (30W x 18D) (Work Area) | SL 7 | 197.02 |
| 8/8/2005 | Worksurface (36W x 18D) (Work Area) | SL 7 | 104.55 |
| 8/8/2005 | Worksurface (72W x 36D) (Work Area) | SL 7 | 504.07 |
| 8/8/2005 | Worksurface (9-Shaped, 78W x 24D)-DC (Workstations) | SL 7 | 288.87 |
| 8/8/2005 | Worksurfaces (Various Sizes) (Workstations) | SL 7 | 7,879.07 |
| 8/8/2005 | Window Panes (Various Sizes) (Workstations) | SL 7 | 11,462.30 |
| 8/8/2005 | Brackets (Various) (Workstations) | SL 7 | 1,823.17 |
| 8/8/2005 | Supports (Workstations) | SL 7 | 227.98 |
| 8/8/2005 | Power Components (Workstations) | SL 7 | 3,480.42 |
| 8/8/2005 | Task Lights (Workstations) | SL 7 | 2,566.03 |
| 8/8/2005 | Off-Module Panel Connectors (Workstations) | SL 7 | 124.68 |
| 8/8/2005 | Panels and Assemblies (Workstations) | SL 7 | 51,752.57 |
| 8/8/2005 | Overhead Cabinets (Workstations) | SL 7 | 9,523.51 |
| 8/8/2005 | Pedestals (Workstations) | SL 7 | 7,842.54 |
| 8/8/2005 | Calibre Lateral File (30W x 39H) (Workstations) | SL 7 | 535.99 |
| 8/8/2005 | Calibre Lateral File (42W x 39H) (Workstations) | SL 7 | 1,295.41 |
| 8/8/2005 | Worksurfaces (No Grommets) (Workstations) | SL 7 | 335.14 |
| 8/8/2005 | Dividends To Strat Table (Workstations) | SL 7 | 1,174.90 |

| | | | |
|---|---|---|---:|
| 8/8/2005 | Display Towers (BBF, wardrobe) (Workstations) | SL 7 | 10,666.88 |
| 8/8/2005 | DisplayTower (FF, wardrobe) (Workstations) | SL 7 | 1,143.99 |
| 8/8/2005 | Tower (BFF,  wardrobe) (Workstations) | SL 7 | 1,148.57 |
| 8/8/2005 | Tower (FF, door, wardrobe) (Workstations) | SL 7 | 2,112.79 |
| 8/8/2005 | Tower (BFF, door, wardrobe) (Workstations) | SL 7 | 1,119.94 |
| 8/8/2005 | LifeChairs (Stepping Stones) (Workstations) | SL 7 | 4,273.85 |
| 8/8/2005 | LifeChairs (Zoom) (Workstations) | SL 7 | 4,336.82 |
| 8/8/2005 | LifeChairs (Hologram) (Workstations) | SL 7 | 2,602.09 |
| 8/8/2005 | Rolling Doors (LH, 78H x 24W) | SL 7 | 7,894.97 |
| 8/8/2005 | Rolling Doors (RH, 78H x 24W) | SL 7 | 6,315.98 |
| 8/8/2005 | Rolling Doors (LH, 78H x 48W) | SL 7 | 3,182.90 |
| 8/8/2005 | Rolling Doors (RH, 78H x 48W) | SL 7 | 4,774.35 |
| 8/8/2005 | Thresholds for 42" Doors | SL 7 | 953.41 |
| 8/8/2005 | Thresholds for 48" Doors | SL 7 | 570.92 |
| 8/8/2005 | Lounge Chairs (Waiting Room) | SL 7 | 3,567.51 |
| 8/8/2005 | Loewenstein Crowne Table (Waiting Area) | SL 7 | 646.84 |
| 8/8/2005 | Conference Room Screen | SL 5 | 1,326.79 |
| 8/25/2005 | Red Sky Gallery Artwork | SL 10 | 5,509.33 |
| 9/15/2005 | Chaise Lounge | SL 7 | 2,140.33 |
| 12/1/2005 | Shelving Units (Warehouse & Mezzanine) | SL 7 | 8,410.26 |
| 5/1/2006 | Conference Room Shades | SL 7 | 2,000.00 |
| 6/8/2006 | Additional Overhead Cabinets | SL 7 | 1,100.95 |
| 7/1/2006 | Muzak System | SL 7 | 2,149.83 |
| 9/1/2006 | Overhead Cabinets | SL 7 | 521.64 |
| 11/1/2006 | Office Reconfiguration | SL 7 | 11,873.00 |
| 9/16/2014 | Refrigerator | SL 5 | 887.25 |
| 11/17/2016 | Electric Workstation - Dale | SL 7 | 959.74 |
| 5/23/2017 | Electric Workstation - TJ | SL 7 | 798.00 |
| 8/30/2018 | Break Room Chairs (6) | SL 7 | 1,064.60 |
| 8/1/2019 | Ben-Q Projector in Large Conference Room | SL 5 | 707.78 |
| 5/31/2020 | Meeting Owl Conference Room Camera | SL 5 | 1,071.43 |

SUBTOTAL OFFICE FURNITURE/EQUIPMENT (1-0-1600.00)     240,313.68

(0.00)

| DATE | DESCRIPTION | METHOD | BOOK BASIS |
|---|---|---|---|
| **COMPUTERS & SOFTWARE (1-0-1610.00)** | | | |
| 9/1/2004 | Timberline Office Accounting Software System | SL 3 | 16,232.50 |
| 8/15/2007 | MyAssistant | SL 3 | 1,908.75 |
| 10/10/2011 | Adobe Creative Suite (Leslie) | SL 3 | 897.99 |
| 5/1/2012 | Autodesk Building Design software | SL 3 | 16,478.97 |
| 10/31/2013 | Office Connector software | SL 3 | 2,424.86 |
| 3/24/2014 | HP Smart Buy server with iosafe backup drive | SL 3 | 12,116.33 |
| 3/31/2014 | HP 2530-48G Swtich 48 Ports | SL 3 | 1,393.70 |
| 7/1/2014 | Microsoft server upgrade to 2012 & 5 licenses | SL 3 | 1,129.34 |
| 9/2/2015 | Sage Paperless Construction | SL 3 | 13,136.82 |
| 11/30/2020 | HP 490S ThinkPad Laptop (Craig) | SL 3 | 1,213.20 |
| 11/30/2020 | HP 490S ThinkPad Laptop (Angela) | SL 3 | 1,213.20 |
| 12/31/2020 | 2 Licenses Adobe Pro 2020 (Karen & Angela) | SL 3 | 963.11 |
| 5/31/2021 | Suface Go 2 LTE | SL 3 | 1,057.52 |
| 7/31/2021 | Lenovo Laptop (Ben) | SL 3 | 864.20 |
| 7/31/2021 | Adobe License (2 - Bruce & Ben) | SL 3 | 963.11 |
| 8/19/2021 | ThinkPad X1 Carbon - Jay | SL 3 | 1,438.13 |
| 8/19/2021 | ThinkPad X1 Carbon - Leslie | SL 3 | 1,438.12 |
| 8/31/2021 | ThinkPad X1 Carbon - Lynne | SL 3 | 1,438.13 |
| 9/30/2021 | ThinkPad X1 Carbon | SL 3 | 1,438.13 |
| 9/30/2021 | Adobe License (2 - Lynne & Jay) | SL 3 | 963.11 |
| 10/21/2021 | 3 Silver Ipads ($852.61 each) | SL 3 | 2,557.83 |
| 10/21/2021 | 9 Grey Ipdads ($838.68 each) | SL 3 | 7,548.12 |
| 10/31/2021 | 4 Thinkpad USB-C Dock Gen 2 | SL 3 | 945.49 |
| 10/31/2021 | 2 Thinkpad X1 Carbon | SL 3 | 2,846.05 |
| 10/31/2021 | Adobe License (2 - Dianna & Tobin) | SL 3 | 963.11 |
| 12/3/2022 | Lenovo Thinkpad X1 Carbon Gen 10 Laptop (TJ) | SL 3 | 1,677.93 |
| 4/3/2023 | Lenovo Thinkpad X1 Carbon Gen 10 Laptop | SL 3 | 1,764.87 |
| 4/3/2023 | Lenovo Thinkpad X1 Carbon Gen 10 Laptop | SL 3 | 1,764.87 |
| 4/3/2023 | Lenovo Thinkpad X1 Carbon Gen 10 Laptop | SL 3 | 1,764.87 |
| | SUBTOTAL COMPUTERS & SOFTWARE (1-0-1610.00) | | 100,542.36 |

| DATE | DESCRIPTION | METHOD | BOOK BASIS |
|---|---|---|---|
| **CONSTRUCTION EQUIPMENT (1-0-1620.00)** | | | |
| 1/22/2008 | Ferroscan System | SL 5 | 16,079.13 |
| 11/10/2011 | Nikomed duct and manifold | SL 5 | 157.00 |
| 10/18/2011 | 4 - HEPA Airscrubbers | SL 5 | 3,400.00 |
| 2/28/2021 | Dewalt Pressure Washer | SL 5 | 661.69 |
| | SUBTOTAL CONSTRUCTION EQUIPMENT (1-0-1620.00) | | 20,297.82 |

| DATE | DESCRIPTION | METHOD | BOOK BASIS |
|---|---|---|---|
| **COMPANY VEHICLES (1-0-1630.00)** | | | |
| 6/16/2015 | 2014 Ford F150 (X21 - Roy) 1FTNF1CF1EKD84750 | SL 5 | 18,500.00 |
| 8/2/2018 | 2018 Chevy Silverado 1500 (X30 - Steve) 1GCRCNEC0JZ348375 | SL 5 | 31,300.00 |
| 10/4/2019 | 2019 Chevy Silverado 1500 (Cliff Tissue) 3GCPWAEH4KG149642 | SL 5 | 33,016.79 |
| 10/4/2022 | 2016 Ford F150 (Mike Carey) 1FTEW1C82GKF97999 | SL 5 | 35,313.45 |
| 12/14/2022 | X36 2018 Ford F150 (Tim Pyrtle) 1FTEW1CP1JKF68301 | SL 5 | 34,914.46 |
| 2/17/2023 | X39 2021 Ford F150 (Dale Fite) 1FTFW1RG7MFC39689 | SL 5 | 75,338.22 |
| | SUBTOTAL COMPANY VEHICLES (1-0-1630.00) | | 228,382.92 |

| DATE | DESCRIPTION | METHOD | BOOK BASIS |
|------|-------------|--------|-----------|
| **LEASEHOLD IMPROVEMENTS (1-0-1640.00)** | | | |
| 8/8/2005 | Voice/Data Cabling | SL 7 | 5,846.95 |
| 8/8/2005 | Security & Access Control System | SL 7 | 7,551.00 |
| 1/22/2007 | Office Reconfiguration | SL 7 | 8,506.50 |
| 1/9/2008 | Reception area for Hope | SL 7 | 2,473.59 |
| 1/16/2008 | Relocate glass in reception area | SL 7 | 125.00 |
| 1/28/2008 | CBI | SL 7 | 108.83 |
| 3/11/2008 | Lighting for Hope's station | SL 7 | 1,326.00 |
| 9/19/2014 | 20 Amp outlet for Canon copier | SL 7 | 409.95 |
| 4/9/2015 | Window Film on PM side of building | SL 10 | 1,135.00 |
| 8/1/2019 | HVAC 2-ton 14 SEER replacement unit | SL 7 | 5,714.00 |
| 7/14/2021 | New Security System | SL 7 | 3,977.69 |
| 9/30/2021 | Additional Security System Updgrades | SL 7 | 2,359.25 |
| 2022 Costs | Electric Security Fence/Gate - active & more costs 2023 | SL 10 | 41,348.42 |
| | SUBTOTAL LEASEHOLD IMPROVEMENTS (1-0-1640.00) | | 80,882.18 |

**Fill in this information to identify the case:**

Debtor name      **Tyler 2 Construction, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Philadelphia Indemnity and Insurance** Creditor's Name **One Bala Plaza East, Suite 100 Bala Cynwyd, PA 19004** Creditor's mailing address | Describe debtor's property that is subject to a lien **Contingent liability for bond. Bond receivable and proceeds from arbitration.** Describe the lien | **$700,000.00** | **$0.00** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

| **2.2** **Townebank** Creditor's Name **6337 Morrison Blvd Charlotte, NC 28217** Creditor's mailing address | Describe debtor's property that is subject to a lien **UCC-1 (Successor)** Describe the lien | **$700,000.00** | **$3,666,087.00** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4944**

**Do multiple creditors have an interest in the same property?**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **Tyler 2 Construction, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,400,000.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Tyler 2 Construction, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                            **Amount of claim**

**3.1**   Nonpriority creditor's name and mailing address

**Absolute Fire Control Inc**
**215 Lawton Road**
**Charlotte, North Carolina 28216-0000**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

   **$9,250.00**

---

**3.2**   Nonpriority creditor's name and mailing address

**Accent Glass, Inc.**
**4031 South Blvd.**
**Charlotte, North Carolina 28209-0000**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

   **$11,426.30**

---

**3.3**   Nonpriority creditor's name and mailing address

**All Interior & Exterior Drywal**
**9107 Shackleford Ter**
**Charlotte, North Carolina 28227-0000**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

   **$32,268.40**

---

**3.4**   Nonpriority creditor's name and mailing address

**Atlantic Window Coverings Inc**
**6150-F Brookshire Blvd.**
**Charlotte, North Carolina 28216-0000**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

   **$47,405.00**

---

| Debtor | **Tyler 2 Construction, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,507.80**

**B-Organized Insulation, LLC**
**6051 Lakeview Rd., Suite E**
**Charlotte, North Carolina 28269-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,073.48**

**Bar Green**
**619 East Westinghouse Blvd**
**Charlotte, North Carolina 28273-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,150.00**

**Bevans Steel Fabrication Inc**
**4017 Hargrove Ave.**
**Charlotte, North Carolina 28208-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$141,956.03**

**Binswanger Glass**
**PO Box 679331**
**Dallas, Texas 75267-9331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,064.77**

**Bonitz, Inc**
**4539 Enterprise Drive NW**
**Concord, North Carolina 28027-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148.62**

**BrightView Landscaping Ser Inc**
**PO Box 740655**
**Atlanta, Georgia 30374-0655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,552.90**

**Buildout Services LLC**
**P.O. Box 668**
**Bessemer City, North Carolina 28016-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Tyler 2 Construction, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,700.00** |
|---|---|---|---|

**Carocraft Cabinets Inc**
P. O. Box 11739
Charlotte, North Carolina 28220-0000

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,985.39** |
|---|---|---|---|

**Carolina Fab, Inc.**
P.O. Box 672
Mt. Holly, North Carolina 28120-0000

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,442.62** |
|---|---|---|---|

**Carolina Foundation Solutions**
P.O. Box 2228
Burlington, North Carolina 27216-0000

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$603.36** |
|---|---|---|---|

**Carolina Premier Window Films**
1750 Hwy. 160 W. 101-265
Fort Mill, SC 29708

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,099.60** |
|---|---|---|---|

**Caryl Mechanicals, Inc.**
dba The Boswell Group
PO BOX 3020
Monroe, NC 28111

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155,250.06** |
|---|---|---|---|

**CE Holt Refrigeration Inc**
3316 Gibbons Road
Charlotte, North Carolina 28269-0000

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,170.60** |
|---|---|---|---|

**Champion Plumbing**
of the Carolina's LLC
612 S. Chestnut St
Gastonia, NC 28054

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tyler 2 Construction, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,542.36** |
|---|---|---|
| **Charlotte Paint Co., LLC**<br>P.O. Box 765<br>Mount Holly, NC 28120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,740.00** |
|---|---|---|
| **Charlotte Restoration**<br>3814 Lake Road<br>Charlotte, NC 28269 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **4,4000** | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$967.70** |
|---|---|---|
| **Charlotte Tent & Awning**<br>P.O. Box 562660<br>Charlotte, NC 28256 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$111,513.30** |
|---|---|---|
| **Christopher Bryan Co Inc**<br>12030 Westhall Dr<br>Charlotte, NC 28278 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **City of Charlotte Water/Sewer**<br>Billing Center<br>PO Box 1316<br>Charlotte, NC 28201-1316 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Notice Purposes Only** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,764.32** |
|---|---|---|
| **Cook & Boardman LLC**<br>Div. 190<br>PO Box 117343<br>Atlanta, GA 30368-7343 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,600.50** |
|---|---|---|
| **Countryside Plumbing, Inc.**<br>126 Jack Griffin Dr.<br>Dallas, NC 28034 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Tyler 2 Construction, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$239,095.08**

**Coverings Group LLC**
**8004 Winchester Drive**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,912.02**

**CRS Building Automation Systems, Inc.**
**11327 Allen Station Drive**
**Suite H**
**Mint Hill, NC 28227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  11,1202**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Custom Demo & Dismantling, LLC**
**813 Hunter St.**
**York, SC 29745**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DJBC III, LLC**
**c/o Brian Speas, Registered Agent**
**1121 Arbor Road**
**Winston Salem, NC 27104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**DMG Glass, LLC**
**10810 Connell Road**
**Mint Hill, NC 28227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Duke Energy**
**Jennie M. Raine**
**PO Box 1321**
**DEC45A**
**Charlotte, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,571.13**

**DuraServ Corp**
**P.O. Box 414746**
**Boston, MA 02241-4746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tyler 2 Construction, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.47**

**E&S Security & Locksmith**
**2918 Crosby Rd**
**Charlotte, NC 28211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,023.00**

**Eastern Cladding Services, Inc**
**4337 Barringer Drive**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$375.00**

**Endurance Technology Group**
**P.O. Box 49653**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91,069.30**

**Environamics Inc**
**P.O. Box 38130**
**Charlotte, NC 28278-8932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,319.50**

**Environmental Diversified Serv**
**P.O. Box 7447**
**Charlotte, NC 28241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$332,581.60**

**Excel Electrical Solutions Inc**
**7120 Weddington Road, Suite 108**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$630.78**

**Ferguson Enterprises, LLC**
**PO Box 100286**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tyler 2 Construction, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,602.50 |
|---|---|---|
| **Flooring Solutions**<br>**3062 Eaton Ave.**<br>**Indian Trail, NC 28079** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,391.70 |
|---|---|---|
| **Forconi-Bongiorno, Inc.**<br>**P.O. Box 2895**<br>**Matthews, NC 28106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116,621.55 |
|---|---|---|
| **Gaddy Industries, LLC**<br>**dba Metrolina Woodworks**<br>**3475 Gribble Road**<br>**Matthews, NC 28104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,733.60 |
|---|---|---|
| **Garmon & Co Inc**<br>**2120 Gateway Blvd.**<br>**Charlotte, NC 28208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,569.51 |
|---|---|---|
| **Gaston Fence Co., Inc.**<br>**PO Box 575 HWY 321N**<br>**Dallas, NC 28034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96,667.58 |
|---|---|---|
| **Gerbacia Industries LLC dba**<br>**3122 Fincher Farm Road Suite 100-570**<br>**Matthews, NC 28105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,127.00 |
|---|---|---|
| **Gleason Electric, Inc.**<br>**2815 Yadkin Avenue**<br>**Charlotte, NC 28205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Tyler 2 Construction, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,031.40**

**H&S Roofing Company Inc**
**506 West Summit Ave.**
**Charlotte, NC 28203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$340.67**

**Hanover Insurance**
**P.O. Box 580045**
**Charlotte, NC 28258-0045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$92,750.00**

**Hardy Contracting, LLC**
**2228 Shenandoah Ave.**
**Charlotte, NC 28205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$378.00**

**HH2 Cloud Services**
**P.O. Box 737677**
**Dallas, TX 75373-7507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,833.30**

**Howard Brothers Electric**
**4101 Northpointe Industrial Blvd.**
**Charlotte, NC 28216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79,023.69**

**Instyle Charlotte, Inc.**
**801 Pressley Road Suite 107**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$215,475.19**

**IronHead Construction Company**
**1400 Amble Drive**
**Charlotte, NC 28206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Tyler 2 Construction, Inc.**

Case number *(if known)* _____
Name

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,530.78** |
|---|---|---|---|

**Johnston Allison & Hord PA**
**P.O. Box 36469**
**Charlotte, NC 28236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,021.00** |
|---|---|---|---|

**Leder Masonry**
**1110 Technology Drive Suite A**
**Indian Trail, NC 28079**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,547.11** |
|---|---|---|---|

**Level 3 Communications LLC**
**P.O. Box 910182**
**Denver, CO 80291-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79,740.56** |
|---|---|---|---|

**LKN Mechanical, Inc.**
**14311 Hunters Road**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,968.21** |
|---|---|---|---|

**Loc-Doc Inc**
**P. O. Box 78987**
**Charlotte, NC 28271**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,380.11** |
|---|---|---|---|

**MAM, LLC**
**d/b/a Mid  America Specialty Service**
**P.O. Box 860**
**Ozark, MO 65721**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,570.40** |
|---|---|---|---|

**Master Kraft, Inc**
**3350 Smith Farm Rd.**
**Matthews, NC 28104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tyler 2 Construction, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,651.70**

**Maxson & Associates**
**PO Box 240257**
**Charlotte, NC 28224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,838.97**

**McGee Brothers**
**4608 Carriker Road**
**Monroe, NC 28110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,074.31**

**McKenneys Inc**
**P. O. Box 406340**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$159,026.35**

**Mechanical Contractors Inc**
**P. O. Box 562357**
**Charlotte, NC 28256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81,059.16**

**Metro Woodcrafter of NC, Inc.**
**P. O. Box 669488**
**Charlotte, NC 28266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

**MSS Fire & Security LLC**
**P.O. Box 538178**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,501.62**

**MSS Solutions, LLC**
**PO Box 538178**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tyler 2 Construction, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$159.23**

**MyFleetCenter.com**
**P.O. Box 620130**
**Middleton, WI 53562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$422,455.30**

**NC Interiors Contracting, LLC**
**P.O. Box 19947**
**Charlotte, NC 28219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$366,903.02**

**NJR Construction, LLC**
**2749 Court Drive**
**Gastonia, NC 28054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,943.95**

**Oasis Landscaping, Inc.**
**PO Box 7272**
**Charlotte, NC 28241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,922.68**

**Old North State Masonry LLC**
**213 North Trade St.**
**Matthews, NC 28106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,066.00**

**Pablo Torres**
**6620 Danbrooke Park Drive**
**Charlotte, NC 28227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Paragon Commercial Bank**
**nka TowneBank**
**3535 Glenwood Avenue**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tyler 2 Construction, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.75** | **Nonpriority creditor's name and mailing address**
**Performance Fire Protection**
PO Box 4510
Mooresville, NC 28117

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,889.13

---

**3.76** | **Nonpriority creditor's name and mailing address**
**Piedmont Natural Gas**
PO Box 1246
Charlotte, NC 28201-1246

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.77** | **Nonpriority creditor's name and mailing address**
**Platinum Coating of NC, Inc.**
4816 Sirus Lane
Charlotte, NC 28208

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$18,376.20

---

**3.78** | **Nonpriority creditor's name and mailing address**
**PlatinumProtective Coating LLC**
4816 Sirus Lane
Charlotte, NC 28208

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$108,641.70

---

**3.79** | **Nonpriority creditor's name and mailing address**
**Plaza Appliance Mart**
5431 Monroe Road
Charlotte, NC 28212

Date(s) debt was incurred _
Last 4 digits of account number  **2,9532**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,895.32

---

**3.80** | **Nonpriority creditor's name and mailing address**
**Precision Plumbing**
P. O. Box 2230
Matthews, NC 28106

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$128,523.96

---

**3.81** | **Nonpriority creditor's name and mailing address**
**Precision Walls, Inc (NC)**
2198 Wilkinson Blvd
Charlotte, NC 28208

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$26,436.39

---

| Debtor | **Tyler 2 Construction, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,926.39** |
|---|---|---|---|

**Preferred Electric Co Inc**
**4113 Yancey Road**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,957.64** |
|---|---|---|---|

**Pritchett Holdings, Inc.**
**d/b/a Midway Carpet**
**P.O. Box 54**
**Newton, NC 28058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,456.88** |
|---|---|---|---|

**Pro Tint, Inc.**
**1098 North Cannon Blvd.**
**Kannapolis, NC 28083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,955.70** |
|---|---|---|---|

**Professional Builders Supply**
**301 Dalton Ave.**
**Charlotte, NC 28206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,328.39** |
|---|---|---|---|

**Quality Sprinkler Co Inc**
**10301 Old Concord Road**
**Charlotte, NC 28213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.33** |
|---|---|---|---|

**Ramp Business Corporation**
**715th Avem 6th Floor**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,755.69** |
|---|---|---|---|

**SAF Technologies LLC**
**2032-B Independence Commerce Drive**
**Matthews, NC 28105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tyler 2 Construction, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,600.62**

**Samson Demolition, LLC**
**PO Box 956**
**Harrisburg, NC 28075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63,866.30**

**Schindler Elevator Corp**
**P. O. Box 70433**
**Chicago, IL 60673-0433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,678.72**

**Smith Grounds Management**
**P.O. Box 2134**
**Matthews, NC 28106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,937.70**

**South-Fair Electric Contractor**
**2033 Cross Beam Drive**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,960.72**

**Starr Electric Co Inc**
**6 Battleground Ct**
**Greensboro, NC 27408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,433.40**

**SteelFab Inc**
**P.O. Box 60716**
**Charlotte, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,800.00**

**Sun Glass & Door Co**
**1108 Elm Street**
**Charlotte, NC 28206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tyler 2 Construction, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,721.36**

**Sunbelt Rentals, Inc.**
**P.O. Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,662.94**

**Tecta America**
**13615 E. Independence Blvd**
**Indian Trail, NC 28079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$252.76**

**Toi Toi USA LLC**
**Dept 5947**
**P.O. Box 11407**
**Birmingham, AL 35246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,131.02**

**Tough Dumpsters**
**P.O. Box 221**
**Landis, NC 28088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00**

**TQM Roofing, Inc.**
**3646 Taylorsville Highway**
**Statesville, NC 28625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,137.55**

**U Fill We Haul**
**5140 Top Seed Ct**
**Charlotte, NC 28226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155.52**

**United Rentals**
**P.O. Box 100711**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Tyler 2 Construction, Inc.**
_____
Name

Case number (if known) _____

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $502.85 |

**Visual Edge**
P.O. Box 11769
Newark, NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $60,000.01 |

**Warco Construction Inc**
3910 Stuart Andrew Blvd
Charlotte, NC 28217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $125.77 |

**Waste Management**
P.O. Box 4648
Carol Stream, IL 60197-4648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $156,053.41 |

**WB Moore Co of Charlotte**
916 North Poplar Street
Charlotte, NC 28206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,231.50 |

**Whisonant Electrical Svc., LLC**
PO Box 11198
Rock Hill, SC 29731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $500.00 |

**YCP Bulding Maintenance**
10718 Carmel Commons Blvd (suite 250/260
Charlotte, NC 28226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

| Debtor | **Tyler 2 Construction, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **4,362,398.01** |
| | | | |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | **4,362,398.01** |

**Fill in this information to identify the case:**

Debtor name    **Tyler 2 Construction, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest    **Construction Contract** | |
| State the term remaining | **2825 South LLC** |
| | **c/o Marsh Properties, LLC** |
| List the contract number of any government contract | **2401 Park Road** |
| | **Charlotte, NC 28203** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest    **Medical Insurance** | |
| State the term remaining | **Blue Cross Blue Shield of North Carolina** |
| List the contract number of any government contract | **PO Box 2291** |
| | **Durham, NC 27702** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest    **401(k) Plan** | |
| State the term remaining | **Capital Group Retirement Plan Services** |
| List the contract number of any government contract | **6455 Irvine Center Drive** |
| | **Irvine, CA 92618** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest    **Cyber Insurance** | |
| State the term remaining | **CRC Insurance Services, Inc.** |
| List the contract number of any government contract | **5400 Old Pineville Road** |
| | **Charlotte, NC 28209** |

Debtor 1   **Tyler 2 Construction, Inc.**                                    Case number *(if known)*
           First Name          Middle Name          Last Name

▮ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Cannon Image Runner Copier and 3 HP Laserjet Printers** | |
|---|---|---|---|
| | State the term remaining | **Expires December 2029** | **Dex Imaging** |
| | List the contract number of any government contract | | **5109 W. Lemon Street Tampa, FL 33609** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **DJBC III, LLC** |
| | List the contract number of any government contract | | **1121 Arbor Road Winston Salem, NC 27104** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Lease 2023 Ford F-150 VIN 1FTEW1CP7PKD05366** | |
|---|---|---|---|
| | State the term remaining | | **Enterprise Fleet Management** |
| | List the contract number of any government contract | | **8335 IBM Dr Ste 100 Charlotte, NC 28262** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Lease 2023 Ford F-150 VIN 1FTEW1CB6PKE48409** | |
|---|---|---|---|
| | State the term remaining | | **Enterprise Fleet Management** |
| | List the contract number of any government contract | | **8335 IBM Dr Ste 100 Charlotte, NC 28262** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Copier/Scanner/Printer** | |
|---|---|---|---|
| | State the term remaining | | **Everbank NA** |
| | List the contract number of any government contract | | **PO Box 41046 Jacksonville, FL 32203** |

Debtor 1  **Tyler 2 Construction, Inc.**                                          Case number (*if known*)
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **First Bank**<br>**101 North Springs Street**<br>**Suite 600**<br>**Greensboro, NC 27401** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **First Horizon Bank**<br>**165 Madison Avenue**<br>**Memphis, TN 38103** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Highwood Properties, L.P.**<br>**150 Fayetteville Street**<br>**Suite 1400**<br>**Raleigh, NC 27601** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential Real Property Lease**<br>**5400 Old Pineville Road**<br>**Charlotte, NC** | |
|---|---|---|---|
| | State the term remaining | | **Kathryn B. Tyler and Robert S. Tyler**<br>**206 King Owen Court**<br>**Charlotte, NC 28211** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **LPL Financial**<br>**1055 LPL Way**<br>**Fort Mill, SC 29715** |
| | List the contract number of any government contract | | |

Debtor 1   **Tyler 2 Construction, Inc.** _____   Case number (*if known*) _____
First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Automobile Insurance** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **McGriff Insurance Services, Inc.**<br>**550 South Caldwell, Suite 1500**<br>**Charlotte, NC 28210** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Marine Insurance** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **McGriff Insurance Services, Inc.**<br>**550 South Caldwell, Suite 1500**<br>**Charlotte, NC 28210** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Directors and Officers Insurance** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **McGriff Insurance Services, Inc.**<br>**550 South Caldwell, Suite 1500**<br>**Charlotte, NC 28210** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Contractors Professional Liability Insurance** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **McGriff Insurance Services, Inc.**<br>**550 South Caldwell, Suite 1500**<br>**Charlotte, NC 28210** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Workers Compensation Insurance** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **McGriff Insurance Services, Inc.**<br>**550 South Caldwell, Suite 1500**<br>**Charlotte, NC 28210** |

Debtor 1  **Tyler 2 Construction, Inc.**                                    Case number (*if known*)  _____
First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **NWBH 1 LP**<br>**575 Fifth Avenue, 23rd Floor**<br>**New York, NY 10017** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Phillip Place Owner II, LLC**<br>**6700 Fairview Road, Suite 150**<br>**Charlotte, NC 28210** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Dental Insurance** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Securian Dental Plans**<br>**P.O. Box 1450**<br>**Minneapolis, MN 55485-5194** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tourmaline**<br>**802 Montgomery Avenue, Apt. 1**<br>**Bryn Mawr, PA 19010** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Umbrella Insurance** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Travelers Insurance**<br>**One Tower Square**<br>**Hartford, CT 06183** |

Debtor 1   **Tyler 2 Construction, Inc.** _____    Case number (*if known*) _____
   First Name         Middle Name         Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Cell Phones** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Verizon Business**<br>**PO Box 489**<br>**Newark, NJ 07101-2733** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Agreement for HP PageWide XL 4200 MFP** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Visual Edge IT, Inc.**<br>**PO Box 11769**<br>**Newark, NJ 07101-4769** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wells Fargo**<br>**PO Box 49630**<br>**Charlotte, NC 28277** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for HP PageWide XL 4200 MFP 4 Roll plan printer** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wells Fargo Vendor Financial Services**<br>**PO Box 105743**<br>**Atlanta, GA 30348-5743** |

**Fill in this information to identify the case:**

Debtor name __**Tyler 2 Construction, Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Dale Fite** | **6608 Latta Springs Circle Huntersville, NC 28078** | **Townebank** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Dale Fite** | **6608 Latta Springs Circle Huntersville, NC 28078** | **Philadelphia Indemnity and Insurance** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Tyler 2 Construction, Inc.**

United States Bankruptcy Court for the:     **WESTERN DISTRICT OF NORTH CAROLINA**

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,567,704.03** |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$17,247,539.00** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$40,491,808.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor   **Tyler 2 Construction, Inc.** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See attached.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Dale Fite**<br>    **6608 Latta Springs Circle**<br>    **Huntersville, NC 28078**<br>    **President and Owner** | **7/14/2024** | **$138.87** | **Truck Oil Change** |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Tyler 2 Construction, Inc. v.**<br>    **DJBC III, LLC**<br>    **N/A** | **Private Arbitration** | **N/A** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Tyler 2 Construction, Inc.**                                                    Case number *(if known)*

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

|  | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|---|
| 9.1. | **2024 Coolest Dog in Charlotte** | **Charity sponsorship** | **3/18/24** | **$2,500.00** |
|  | Recipients relationship to debtor |  |  |  |
| 9.2. | **2024 Sonny Harris Memorial Golf** | **Charity sponsorship** | **3/31/24** | **$2,500.00** |
|  | Recipients relationship to debtor |  |  |  |
| 9.3. | **NAIOP Spring Golf Tournament** | **Association sponsorship** | **5/3/24** | **$2,000.00** |
|  | Recipients relationship to debtor |  |  |  |
| 9.4. | **NAIOP Fall Golf Tournament** | **Association sponsorship** | **6/3/24** | **$2,500.00** |
|  | Recipients relationship to debtor |  |  |  |
| 9.5. | **2023 Coolest Dog in Charlotte** | **Charity sponsorship** | **1/31/23** | **$2,500.00** |
|  | Recipients relationship to debtor |  |  |  |
| 9.6. | **3rd Annual Sonny Harris Memorial** | **Charity sponsorship** | **6/22/23** | **$5,000.00** |
|  | Recipients relationship to debtor |  |  |  |
| 9.7. | **NAIOP Spring Golf Tournament** | **Association sponsorship** | **12/1/23** | **$2,000.00** |
|  | Recipients relationship to debtor |  |  |  |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Tyler 2 Construction, Inc.**                                      Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.8. | **NAIOP Fall Golf Tournament** | **Association sponsorship** | **7/31/23** | **$2,500.00** |
| | Recipients relationship to debtor | | | |

---

**Part 5:**  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |
| **Water damage from sprinkler pipe on Nolen project** | **None - Pending insurance claim** | **7/18/24** | **$299,000.00** |

---

**Part 6:**  **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Moon Wright & Houston, PLLC** **212 N. McDowell Street** **Suite 200** **Charlotte, NC 28204** | **Attorney Fees** | **7/9/2025** | **$6,205.50** |
| | Email or website address **rwright@mwhattorneys.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **GreerWalker LLP** **227 W. Trade Street, Suite 1100** **Charlotte, NC 28202** | | **March 2025** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Debtor    **Tyler 2 Construction, Inc.**                                                   Case number *(if known)* _____

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement.**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Jake Laudert** **201 Mt. Holly Huntersville Road** **Huntersville, NC 28078** | **2016 Chevrolet Silverado 1500** **VIN 1GCRCNEH8GZ180781** | **1/15/2025** | **$10,500.00** |
| | Relationship to debtor | | | |
| 13.2. | **Jake Laudert** **201 Mt. Holly Huntersville Road** **Huntersville, NC 28078** | **2019 Chevrolet Silverado 1500** **3GCPWAEH6KG127187** | **1/23/25** | **$9,800.00** |
| | Relationship to debtor | | | |
| 13.3. | **Gibson Custom Construction** **786-NC Hwy016 Bus.** **Denver, NC 28037** | **2018 Chevrolet Truck** **VIN 1GCRCNEC9JZ341330** | **4/29/2025** | **$9,000.00** |
| | Relationship to debtor | | | |

| Part 7: | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **Tyler 2 Construction, Inc.**                                          Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☒ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ☒ Yes. Does the debtor serve as plan administrator?

         ☐ No Go to Part 10.
         ☒ Yes. Fill in below:

         Name of plan                                            Employer identification number of the plan
         **Tyler 2 Construction, Inc. 401(k) P/S Plan & Trust**    EIN:  **135173401**

         Has the plan been terminated?
         ☒ No
         ☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

| Debtor | Tyler 2 Construction, Inc. | Case number *(if known)* | |

not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

　■ No.
　☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

　■ No.
　☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

　■ No.
　☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

　■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
　☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.　**GreerWalker LLP** **227 W. Trade Street, Suite 1100** **Charlotte, NC 28202** | **Past 12 years** |

| Debtor | Tyler 2 Construction, Inc. | Case number (if known) |
|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   GreerWalker LLP
227 W. Trade Street, Suite 1100
Charlotte, NC 28202 | Past 12 years |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Dale Fite
5400 Old Pineville Road
Charlotte, NC 28217 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   Townebank
6337 Morrison Blvd
Charlotte, NC 28217 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dale Fite | 6608 Latta Springs Circle
Huntersville, NC 28078 | President and Owner | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Lynne Ferretti | 7400 Harrisonwoods Place
Charlotte, NC 28270 | VP Special Projects | Past 12 years |

| Debtor | **Tyler 2 Construction, Inc.** | Case number *(if known)* |
|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See attached.** | | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  9, 2025**

**/s/ Dale Fite**                                                                 **Dale Fite**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

# SOFA No. 3 - 90 Day EFT Payments

| Elec Pmt Run Date | Name | Amount |
|---|---|---|
| 6-13-2025 | Binswanger Glass | 24,810.30 |
| 5-16-2025 | Buildout Services LLC | 2,400.00 |
| 6-13-2025 | Buildout Services LLC | 13,142.70 |
| 5-30-2025 | Carolina Security & Specialiti | 21,420.00 |
| 3-31-2025 | Charlotte Paint Co., LLC | 1,902.00 |
| 4-29-2025 | Charlotte Paint Co., LLC | 21,766.20 |
| 5-16-2025 | Charlotte Paint Co., LLC | 19,256.70 |
| 5-16-2025 | Christopher Bryan Co Inc | 5,647.50 |
| 6-13-2025 | Christopher Bryan Co Inc | 54,011.70 |
| 4-29-2025 | Cook & Boardman LLC | 9,014.76 |
| 5-16-2025 | Cook & Boardman LLC | 3,796.30 |
| 6-13-2025 | Cook & Boardman LLC | 2,922.57 |
| 3-31-2025 | DMG Glass, LLC | 38,950.20 |
| 4-29-2025 | DMG Glass, LLC | 1,437.60 |
| 6-09-2025 | DMG Glass, LLC | 13,600.80 |
| 4-29-2025 | Environamics Inc | 8,628.30 |
| 5-16-2025 | Environamics Inc | 8,279.40 |
| 4-29-2025 | Excel Electrical Solutions Inc | 19,530.00 |
| 5-16-2025 | Excel Electrical Solutions Inc | 57,767.40 |
| 4-29-2025 | Flooring Solutions | 51,817.50 |
| 5-16-2025 | Flooring Solutions | 20,678.00 |
| 5-30-2025 | Howard Brothers Electric | 48,774.00 |
| 4-07-2025 | Katie and Scott Tyler | 10,824.08 |
| 5-09-2025 | Katie and Scott Tyler | 10,824.08 |
| 6-09-2025 | Katie and Scott Tyler | 10,824.08 |
| 3-31-2025 | LKN Mechanical, Inc. | 4,546.41 |
| 4-30-2025 | LKN Mechanical, Inc. | 4,546.41 |
| 5-16-2025 | LKN Mechanical, Inc. | 19,755.00 |
| 5-30-2025 | LKN Mechanical, Inc. | 4,546.41 |
| 4-29-2025 | NJR Construction, LLC | 72,172.35 |
| 5-16-2025 | NJR Construction, LLC | 62,784.00 |
| 4-29-2025 | Precision Plumbing | 4,644.00 |

| | | |
|---|---|---|
| 5-16-2025 | Precision Plumbing | 54,040.50 |
| 6-13-2025 | Precision Plumbing | 7,744.50 |
| 3-31-2025 | Preferred Electric Co Inc | 6,029.27 |
| 4-29-2025 | Preferred Electric Co Inc | 3,599.16 |
| 5-16-2025 | Preferred Electric Co Inc | 11,182.17 |
| 5-29-2025 | Procore Technologies, Inc. | 24,097.80 |
| 5-30-2025 | Roy Redd | 5,750.00 |
| 6-13-2025 | Roy Redd | 4,600.00 |
| 3-31-2025 | Warco Construction Inc | 14,040.00 |
| 5-16-2025 | Warco Construction Inc | 30,129.30 |
| 4-29-2025 | WB Moore Co of Charlotte | 44,914.41 |
| 5-16-2025 | WB Moore Co of Charlotte | 58,965.48 |
| 6-13-2025 | WB Moore Co of Charlotte | 60,077.25 |

# Earnings Register

**Tyler 2 Construction Inc.**                                                                                                   **07-07-2025**          **Page 1**

| Period End Date | Check Number | Gross Pay | Employee Taxes | Other Deductions | Net Pay | Pay | Units | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | <--------------- Earnings Detail ---------------> | | |

**FITDAL        Dale A. Fite**

| Period End Date | Check Number | Gross Pay | Employee Taxes | Other Deductions | Net Pay | Pay | Units | Amount |
|---|---|---|---|---|---|---|---|---|
| 07-15-24 | | 6,875.00 | 1,429.87 | 836.62 | 4,608.51 | Salary Pay | 86.67 | 6,875.00 |
| 07-31-24 | | 6,875.00 | 1,429.87 | 836.62 | 4,608.51 | Salary Pay | 86.67 | 6,875.00 |
| 08-15-24 | | 6,875.00 | 1,429.88 | 836.62 | 4,608.50 | Salary Pay | 86.67 | 6,875.00 |
| 08-31-24 | | 6,875.00 | 1,429.87 | 836.62 | 4,608.51 | Salary Pay | 86.67 | 6,875.00 |
| 09-15-24 | | 6,875.00 | 1,429.87 | 836.62 | 4,608.51 | Salary Pay | 86.67 | 6,875.00 |
| 09-30-24 | | 6,875.00 | 1,429.86 | 836.62 | 4,608.52 | Salary Pay | 86.67 | 6,875.00 |
| 10-15-24 | | 6,875.00 | 1,429.87 | 836.62 | 4,608.51 | Salary Pay | 86.67 | 6,875.00 |
| 10-31-24 | | 6,875.00 | 1,429.87 | 836.62 | 4,608.51 | Salary Pay | 86.67 | 6,875.00 |
| 11-15-24 | | 6,875.00 | 1,429.87 | 836.62 | 4,608.51 | Salary Pay | 86.67 | 6,875.00 |
| 11-30-24 | | 6,875.00 | 1,429.87 | 836.62 | 4,608.51 | Salary Pay | 86.67 | 6,875.00 |
| 12-15-24 | | 6,875.00 | 1,415.07 | 879.79 | 4,580.14 | Salary Pay | 86.67 | 6,875.00 |
| 12-31-24 | | 19,748.55 | 1,873.66 | 13,753.34 | 4,121.55 | Personal Auto Use - Dale | | 6,035.00 |
| | | | | | | Shareholder Insurance | | 6,838.55 |
| | | | | | | Salary Pay | 86.67 | 6,875.00 |
| 01-15-25 | | 3,437.50 | 544.04 | 536.04 | 2,357.42 | Salary Pay | 86.67 | 3,437.50 |
| 01-31-25 | | 3,437.50 | 544.04 | 536.04 | 2,357.42 | Salary Pay | 86.67 | 3,437.50 |
| 02-15-25 | | 6,875.00 | 1,396.15 | 879.79 | 4,599.06 | Salary Pay | 86.67 | 6,875.00 |
| 02-28-25 | | 6,875.00 | 1,396.16 | 879.79 | 4,599.05 | Salary Pay | 86.67 | 6,875.00 |
| 03-15-25 | | 6,875.00 | 1,396.16 | 879.79 | 4,599.05 | Salary Pay | 86.67 | 6,875.00 |

# Earnings Register

**Tyler 2 Construction Inc.**                                                                                          **07-07-2025**        **Page 2**

| Period End Date | Check Number | Gross Pay | Employee Taxes | Other Deductions | Net Pay | Pay | Units | Amount |
|---|---|---|---|---|---|---|---|---|
| **FITDAL** | **Dale A. Fite** | | | | | | | |
| 03-31-25 | | 6,875.00 | 1,396.16 | 879.79 | 4,599.05 | Salary Pay | 86.67 | 6,875.00 |
| 04-15-25 | | 6,875.00 | 1,396.15 | 879.79 | 4,599.06 | Salary Pay | 86.67 | 6,875.00 |
| 04-30-25 | | 6,875.00 | 1,396.16 | 879.79 | 4,599.05 | Salary Pay | 86.67 | 6,875.00 |
| 05-15-25 | | 6,875.00 | 1,396.16 | 879.79 | 4,599.05 | Salary Pay | 86.67 | 6,875.00 |
| 05-31-25 | | 6,875.00 | 1,396.15 | 879.79 | 4,599.06 | Salary Pay | 86.67 | 6,875.00 |
| 06-15-25 | | 6,875.00 | 1,396.16 | 879.79 | 4,599.05 | Salary Pay | 86.67 | 6,875.00 |
| 06-30-25 | | 6,875.00 | 1,396.15 | 879.79 | 4,599.06 | Salary Pay | 86.67 | 6,875.00 |
| **Employee FITDAL Totals:** | | **170,998.55\*** | **32,637.07\*** | **32,869.31\*** | **105,492.17\*** | | **2,080.08\*** | **170,998.55\*** |
| **Report Totals:** | | **170,998.55\*** | **32,637.07\*** | **32,869.31\*** | **105,492.17\*** | | **2,080.08\*** | **170,998.55\*** |

V = Voided Check

## SOFA Question 3 - 90 Day Payments

| Check Date | Payee Name | Check Amount | Cleared Date |
|---|---|---|---|
| 5-01-2025 | All Interior & Exterior Drywal | 19,736.00 | 5-31-2025 |
| 6-30-2025 | All Interior & Exterior Drywal | 17,509.00 | |
| 6-30-2025 | Asphalt and Concrete Repair | 10,092.50 | 7/8/2025 |
| 6-13-2025 | Bevans Steel Fabrication Inc | 19,350.00 | 6-30-2025 |
| 6-30-2025 | Buildout Services LLC | 15,632.94 | |
| 4-09-2025 | Carolina Time Equipment Co Inc | 43,736.71 | 4-30-2025 |
| 4-28-2025 | Contract Core Drilling &Sawing | 600.00 | 5-31-2025 |
| 4-09-2025 | Contract Core Drilling &Sawing | 9,460.00 | 4-30-2025 |
| 4-24-2025 | Cook & Boardman LLC | 23,614.49 | 4-30-2025 |
| 5-01-2025 | CW Cleaning Services | 18,600.00 | 5-31-2025 |
| 4-09-2025 | Davco Roofing & Sheet Metal | 51,422.53 | 4-30-2025 |
| 4-09-2025 | EarthCore Industries LLC | 11,435.50 | 4-30-2025 |
| 5-14-2025 | Forconi-Bongiorno, Inc. | 37,176.30 | 5-31-2025 |
| 5-14-2025 | Gaddy Industries, LLC dba | 56,695.95 | 5-31-2025 |
| 7-03-2025 | Gaddy Industries, LLC dba | 9,045.00 | |
| 4-28-2025 | Gerbacia Industries LLC dba | 60,496.62 | 5-31-2025 |
| 5-14-2025 | Hardy Contracting, LLC | 20,700.00 | 5-31-2025 |
| 7-03-2025 | Hardy Contracting, LLC | 29,250.00 | 7/9/2025 |
| 4-28-2025 | Johnston Allison & Hord PA | 15,230.00 | 5-31-2025 |
| 5-08-2025 | Johnston Allison & Hord PA | 8,820.00 | 5-31-2025 |
| 6-13-2025 | Johnston Allison & Hord PA | 16,667.50 | 6-30-2025 |
| 4-09-2025 | KHA Holdings, LLC | 9,032.49 | 4-30-2025 |
| 6-30-2025 | L & T Resources | 16,166.00 | |
| 5-14-2025 | Leder Masonry | 4,860.00 | 5-31-2025 |
| 7-03-2025 | Leder Masonry | 14,778.00 | 7/9/2025 |
| 4-28-2025 | MAM, LLC d/b/a | 1,011.16 | 5-31-2025 |
| 4-28-2025 | MAM, LLC d/b/a | 7,669.02 | 5-31-2025 |
| 4-28-2025 | Master Kraft, Inc | 3,413.70 | 5-31-2025 |
| 5-14-2025 | Master Kraft, Inc | 6,008.40 | 5-31-2025 |
| 7-03-2025 | Master Kraft, Inc | 6,514.00 | |
| 4-10-2025 | Maxson & Associates | 12,559.59 | 4-30-2025 |
| 4-29-2025 | Maxson & Associates | 475.00 | 5-31-2025 |

| | | | |
|---|---|---|---|
| 6-13-2025 | Maxson & Associates | 33,680.71 | 6-30-2025 |
| 6-30-2025 | Maxson & Associates | 1,836.25 | |
| 5-14-2025 | McKenneys Inc | 77,885.69 | 5-31-2025 |
| 4-28-2025 | Mechanical Contractors Inc | 162,526.27 | 5-31-2025 |
| 5-14-2025 | Mechanical Contractors Inc | 950.00 | 5-31-2025 |
| 6-13-2025 | Mechanical Contractors Inc | 55,083.65 | 6-30-2025 |
| 4-24-2025 | Mudwerk LLC | 11,775.00 | 4-30-2025 |
| 4-24-2025 | Old North State Masonry LLC | 130,000.00 | 4-30-2025 |
| 7-03-2025 | ONECBI, LLC dba CBI | 12,104.54 | |
| 6-30-2025 | Paragon Construction Services | 43,513.37 | |
| 5-14-2025 | Performance Fire Protection | 9,000.00 | 5-31-2025 |
| 6-13-2025 | Performance Fire Protection | 900.00 | 6-30-2025 |
| 7-03-2025 | Performance Fire Protection | 18,982.17 | 7/9/2025 |
| 6-30-2025 | Platinum Coating of NC, Inc. | 4,380.00 | |
| 7-03-2025 | Platinum Coating of NC, Inc. | 1,260.00 | |
| 7-03-2025 | Platinum Coating of NC, Inc. | 5,461.20 | |
| 4-28-2025 | Starr Electric Co Inc | 17,719.63 | 5-31-2025 |
| 5-14-2025 | Starr Electric Co Inc | 3,945.43 | 5-31-2025 |
| 5-14-2025 | SteelFab Inc | 13,954.50 | 5-31-2025 |
| 4-09-2025 | Stelco Electric, LLC | 80,000.00 | 4-30-2025 |
| 6-30-2025 | Superior Trim, Inc. | 51,165.14 | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of North Carolina

In re   **Tyler 2 Construction, Inc.** _____   Case No. _____

Debtor(s)   Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  | |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Normal Hourly Rates** |
| Prior to the filing of this statement I have received | $ | **26,738.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Debtor paid a trust deposit of $26,738.00. $13,665.68 was applied to pre-petition work. $13,072.32 remains on account for post-petition work. Debtor has agreed to pay post-petition fees and expenses as approved by the Bankruptcy Court.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Continued representation of the Debtor in the event the case is converted from Chapter 11 to another Chapter of the Bankruptcy Code; appeals of rulings by the Bankruptcy Court.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 9, 2025** _____    /s/ Richard S. Wright

*Date*    **Richard S. Wright 24622**

    *Signature of Attorney*
    **Moon Wright & Houston, PLLC**
    **212 N. McDowell Street**
    **Suite 200**
    **Charlotte, NC 28204**
    **704-944-6560  Fax: 704-944-0380**
    **rwright@mwhattorneys.com**
    *Name of law firm*

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of North Carolina

In re    **Tyler 2 Construction, Inc.** _____    Case No. _____
                                                    Debtor(s)       Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____    $ _____ **0.00**

    Prior to the filing of this statement I have received _____    $ _____ **0.00**

    Balance Due _____    $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Debtor paid a trust deposit of $26,738.00.  $13,665.68 was applied to pre-petition work. $13,072.32 remains on
        account for post-petition work.  Debtor has agreed to pay post-petition fees and expenses as approved by the
        Bankruptcy Court.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Continued representation of the Debtor in the event the case is converted from Chapter 11 to another Chapter of
    the Bankruptcy Code; appeals of rulings by the Bankruptcy Court.**

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**July  9, 2025** _____        **/s/ Richard S. Wright**
_Date_                                             **Richard S. Wright 24622**
                                                   _Signature of Attorney_
                                                   **Moon Wright & Houston, PLLC**
                                                   **212 N. McDowell Street**
                                                   **Suite 200**
                                                   **Charlotte, NC 28204**
                                                   **704-944-6560  Fax: 704-944-0380**
                                                   **rwright@mwhattorneys.com**
                                                   _Name of law firm_

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Tyler 2 Construction, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dale Fite**<br>**6608 Latta Springs Circle**<br>**Huntersville, NC 28078** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July  9, 2025**

Signature   **/s/ Dale Fite**

**Dale Fite**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Western District of North Carolina

In re   **Tyler 2 Construction, Inc.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **July 9, 2025**

**/s/ Dale Fite**

**Dale Fite**/**President**
Signer/Title

.

2825 South LLC
c/o Marsh Properties, LLC
2401 Park Road
Charlotte, NC 28203


Absolute Fire Control Inc
215 Lawton Road
Charlotte, North Carolina 28216-0000


Accent Glass, Inc.
4031 South Blvd.
Charlotte, North Carolina 28209-0000


All Interior & Exterior Drywal
9107 Shackleford Ter
Charlotte, North Carolina 28227-0000


Atlantic Window Coverings Inc
6150-F Brookshire Blvd.
Charlotte, North Carolina 28216-0000


B-Organized Insulation, LLC
6051 Lakeview Rd., Suite E
Charlotte, North Carolina 28269-0000


Bar Green
619 East Westinghouse Blvd
Charlotte, North Carolina 28273-0000


Bevans Steel Fabrication Inc
4017 Hargrove Ave.
Charlotte, North Carolina 28208-0000


Binswanger Glass
PO Box 679331
Dallas, Texas 75267-9331


Blue Cross Blue Shield of North Carolina
PO Box 2291
Durham, NC 27702


Bonitz, Inc
4539 Enterprise Drive NW
Concord, North Carolina 28027-0000

BrightView Landscaping Ser Inc
PO Box 740655
Atlanta, Georgia 30374-0655

Buildout Services LLC
P.O. Box 668
Bessemer City, North Carolina 28016-0000

Capital Group Retirement Plan Services
6455 Irvine Center Drive
Irvine, CA 92618

Carocraft Cabinets Inc
P. O. Box 11739
Charlotte, North Carolina 28220-0000

Carolina Fab, Inc.
P.O. Box 672
Mt. Holly, North Carolina 28120-0000

Carolina Foundation Solutions
P.O. Box 2228
Burlington, North Carolina 27216-0000

Carolina Premier Window Films
1750 Hwy. 160 W. 101-265
Fort Mill, SC 29708

Caryl Mechanicals, Inc.
dba The Boswell Group
PO BOX 3020
Monroe, NC 28111

CE Holt Refrigeration Inc
3316 Gibbons Road
Charlotte, North Carolina 28269-0000

Champion Plumbing
of the Carolina's LLC
612 S. Chestnut St
Gastonia, NC 28054

Charlotte Paint Co., LLC
P.O. Box 765
Mount Holly, NC 28120

Charlotte Restoration
3814 Lake Road
Charlotte, NC 28269


Charlotte Tent & Awning
P.O. Box 562660
Charlotte, NC 28256


Christopher Bryan Co Inc
12030 Westhall Dr
Charlotte, NC 28278


City of Charlotte Water/Sewer
Billing Center
PO Box 1316
Charlotte, NC 28201-1316


Cook & Boardman LLC
Div. 190
PO Box 117343
Atlanta, GA 30368-7343


Countryside Plumbing, Inc.
126 Jack Griffin Dr.
Dallas, NC 28034


Coverings Group LLC
8004 Winchester Drive
Raleigh, NC 27612


CRC Insurance Services, Inc.
5400 Old Pineville Road
Charlotte, NC 28209


CRS Building Automation Systems, Inc.
11327 Allen Station Drive
Suite H
Mint Hill, NC 28227


Custom Demo & Dismantling, LLC
813 Hunter St.
York, SC 29745

Dale Fite
6608 Latta Springs Circle
Huntersville, NC 28078


Dex Imaging
5109 W. Lemon Street
Tampa, FL 33609


DJBC III, LLC
c/o Brian Speas, Registered Agent
1121 Arbor Road
Winston Salem, NC 27104


DJBC III, LLC
1121 Arbor Road
Winston Salem, NC 27104


DMG Glass, LLC
10810 Connell Road
Mint Hill, NC 28227


Duke Energy
Jennie M. Raine
PO Box 1321
DEC45A
Charlotte, NC 28201


DuraServ Corp
P.O. Box 414746
Boston, MA 02241-4746


E&S Security & Locksmith
2918 Crosby Rd
Charlotte, NC 28211


Eastern Cladding Services, Inc
4337 Barringer Drive
Charlotte, NC 28217


Endurance Technology Group
P.O. Box 49653
Charlotte, NC 28277

Enterprise Fleet Management
8335 IBM Dr Ste 100
Charlotte, NC 28262


Environamics Inc
P.O. Box 38130
Charlotte, NC 28278-8932


Environmental Diversified Serv
P.O. Box 7447
Charlotte, NC 28241


Everbank NA
PO Box 41046
Jacksonville, FL 32203


Excel Electrical Solutions Inc
7120 Weddington Road, Suite 108
Concord, NC 28027


Ferguson Enterprises, LLC
PO Box 100286
Atlanta, GA 30384


First Bank
101 North Springs Street
Suite 600
Greensboro, NC 27401


First Horizon Bank
165 Madison Avenue
Memphis, TN 38103


Flooring Solutions
3062 Eaton Ave.
Indian Trail, NC 28079


Forconi-Bongiorno, Inc.
P.O. Box 2895
Matthews, NC 28106


Gaddy Industries, LLC
dba Metrolina Woodworks
3475 Gribble Road
Matthews, NC 28104

Garmon & Co Inc
2120 Gateway Blvd.
Charlotte, NC 28208


Gaston Fence Co., Inc.
PO Box 575 HWY 321N
Dallas, NC 28034


Gerbacia Industries LLC dba
3122 Fincher Farm Road Suite 100-570
Matthews, NC 28105


Gleason Electric, Inc.
2815 Yadkin Avenue
Charlotte, NC 28205


H&S Roofing Company Inc
506 West Summit Ave.
Charlotte, NC 28203


Hanover Insurance
P.O. Box 580045
Charlotte, NC 28258-0045


Hardy Contracting, LLC
2228 Shenandoah Ave.
Charlotte, NC 28205


HH2 Cloud Services
P.O. Box 737677
Dallas, TX 75373-7507


Highwood Properties, L.P.
150 Fayetteville Street
Suite 1400
Raleigh, NC 27601


Howard Brothers Electric
4101 Northpointe Industrial Blvd.
Charlotte, NC 28216


Instyle Charlotte, Inc.
801 Pressley Road Suite 107
Charlotte, NC 28217

IronHead Construction Company
1400 Amble Drive
Charlotte, NC 28206


Johnston Allison & Hord PA
P.O. Box 36469
Charlotte, NC 28236


Kathryn B. Tyler and Robert S. Tyler
206 King Owen Court
Charlotte, NC 28211


Leder Masonry
1110 Technology Drive Suite A
Indian Trail, NC 28079


Level 3 Communications LLC
P.O. Box 910182
Denver, CO 80291-0182


LKN Mechanical, Inc.
14311 Hunters Road
Huntersville, NC 28078


Loc-Doc Inc
P. O. Box 78987
Charlotte, NC 28271


LPL Financial
1055 LPL Way
Fort Mill, SC 29715


MAM, LLC
d/b/a Mid America Specialty Service
P.O. Box 860
Ozark, MO 65721


Master Kraft, Inc
3350 Smith Farm Rd.
Matthews, NC 28104


Maxson & Associates
PO Box 240257
Charlotte, NC 28224

McGee Brothers
4608 Carriker Road
Monroe, NC 28110


McGriff Insurance Services, Inc.
550 South Caldwell, Suite 1500
Charlotte, NC 28210


McKenneys Inc
P. O. Box 406340
Atlanta, GA 30384


Mechanical Contractors Inc
P. O. Box 562357
Charlotte, NC 28256


Metro Woodcrafter of NC, Inc.
P. O. Box 669488
Charlotte, NC 28266


MSS Fire & Security LLC
P.O. Box 538178
Atlanta, GA 30353


MSS Solutions, LLC
PO Box 538178
Atlanta, GA 30353


MyFleetCenter.com
P.O. Box 620130
Middleton, WI 53562


NC Interiors Contracting, LLC
P.O. Box 19947
Charlotte, NC 28219


NJR Construction, LLC
2749 Court Drive
Gastonia, NC 28054


NWBH 1 LP
575 Fifth Avenue, 23rd Floor
New York, NY 10017

Oasis Landscaping, Inc.
PO Box 7272
Charlotte, NC 28241


Old North State Masonry LLC
213 North Trade St.
Matthews, NC 28106


Pablo Torres
6620 Danbrooke Park Drive
Charlotte, NC 28227


Paragon Commercial Bank
nka TowneBank
3535 Glenwood Avenue
Raleigh, NC 27612


Performance Fire Protection
PO Box 4510
Mooresville, NC 28117


Philadelphia Indemnity and Insurance
One Bala Plaza East, Suite 100
Bala Cynwyd, PA 19004


Phillip Place Owner II, LLC
6700 Fairview Road, Suite 150
Charlotte, NC 28210


Piedmont Natural Gas
PO Box 1246
Charlotte, NC 28201-1246


Platinum Coating of NC, Inc.
4816 Sirus Lane
Charlotte, NC 28208


PlatinumProtective Coating LLC
4816 Sirus Lane
Charlotte, NC 28208


Plaza Appliance Mart
5431 Monroe Road
Charlotte, NC 28212

Precision Plumbing
P. O. Box 2230
Matthews, NC 28106


Precision Walls, Inc (NC)
2198 Wilkinson Blvd
Charlotte, NC 28208


Preferred Electric Co Inc
4113 Yancey Road
Charlotte, NC 28217


Pritchett Holdings, Inc.
d/b/a Midway Carpet
P.O. Box 54
Newton, NC 28058


Pro Tint, Inc.
1098 North Cannon Blvd.
Kannapolis, NC 28083


Professional Builders Supply
301 Dalton Ave.
Charlotte, NC 28206


Quality Sprinkler Co Inc
10301 Old Concord Road
Charlotte, NC 28213


Ramp Business Corporation
715th Avem 6th Floor
New York, NY 10003


SAF Technologies LLC
2032-B Independence Commerce Drive
Matthews, NC 28105


Samson Demolition, LLC
PO Box 956
Harrisburg, NC 28075


Schindler Elevator Corp
P. O. Box 70433
Chicago, IL 60673-0433

Securian Dental Plans
P.O. Box 1450
Minneapolis, MN 55485-5194

Smith Grounds Management
P.O. Box 2134
Matthews, NC 28106

South-Fair Electric Contractor
2033 Cross Beam Drive
Charlotte, NC 28217

Starr Electric Co Inc
6 Battleground Ct
Greensboro, NC 27408

SteelFab Inc
P.O. Box 60716
Charlotte, NC 28260

Sun Glass & Door Co
1108 Elm Street
Charlotte, NC 28206

Sunbelt Rentals, Inc.
P.O. Box 409211
Atlanta, GA 30384-9211

Tecta America
13615 E. Independence Blvd
Indian Trail, NC 28079

Toi Toi USA LLC
Dept 5947
P.O. Box 11407
Birmingham, AL 35246

Tough Dumpsters
P.O. Box 221
Landis, NC 28088

Tourmaline
802 Montgomery Avenue, Apt. 1
Bryn Mawr, PA 19010

Townebank
6337 Morrison Blvd
Charlotte, NC 28217

TQM Roofing, Inc.
3646 Taylorsville Highway
Statesville, NC 28625

Travelers Insurance
One Tower Square
Hartford, CT 06183

U Fill We Haul
5140 Top Seed Ct
Charlotte, NC 28226

United Rentals
P.O. Box 100711
Atlanta, GA 30384

Verizon Business
PO Box 489
Newark, NJ 07101-2733

Visual Edge
P.O. Box 11769
Newark, NJ 07101

Visual Edge IT, Inc.
PO Box 11769
Newark, NJ 07101-4769

Warco Construction Inc
3910 Stuart Andrew Blvd
Charlotte, NC 28217

Waste Management
P.O. Box 4648
Carol Stream, IL 60197-4648

WB Moore Co of Charlotte
916 North Poplar Street
Charlotte, NC 28206

Wells Fargo
PO Box 49630
Charlotte, NC 28277


Wells Fargo Vendor Financial Services
PO Box 105743
Atlanta, GA 30348-5743


Whisonant Electrical Svc., LLC
PO Box 11198
Rock Hill, SC 29731


YCP Bulding Maintenance
10718 Carmel Commons Blvd (suite 250/260
Charlotte, NC 28226

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Tyler 2 Construction, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Tyler 2 Construction, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July  9, 2025**

Date

**/s/ Richard S. Wright**

**Richard S. Wright 24622**

Signature of Attorney or Litigant

Counsel for   **Tyler 2 Construction, Inc.**

**Moon Wright & Houston, PLLC**
**212 N. McDowell Street**
**Suite 200**
**Charlotte, NC 28204**
**704-944-6560 Fax:704-944-0380**
**rwright@mwhattorneys.com**